■ RICHARD FAVER, Appellant, v MIDTOWN TRACKAGE VENTURES, LLC, et al., Defendants, and CB RICHARD ELLIS, INC., et al., Respondents. [52 NYS3d 626]—

Order, Supreme Court, New York County (Arlene P. Bluth, J.), entered December 2, 2016, which denied plaintiff's motion for partial summary judgment on the issue of liability on his Labor Law § 240 (1) claim as against defendants Lexington Operating Partners, LLC, Warburg Pincus, LLC and Lehr Construction Corp. (collectively defendants), unanimously reversed, on the law, without costs, and the motion granted.

Plaintiff established entitlement to partial summary judgment on his Labor Law § 240 (1) claim through his own testimony that he was hit in the arm by an electrical wire that shot out of a section of conduit pipe after being jammed inside, causing the unsecured ladder he was standing on to wobble, which resulted in plaintiff losing his balance and falling to the ground (*see Hill v City of New York*, 140 AD3d 568, 570 [1st Dept 2016]; *Nacewicz v Roman Catholic Church of the Holy Cross*, 105 AD3d 402, 403 [1st Dept 2013]).

Defendants failed to raise a triable issue of fact as to whether plaintiff was the sole proximate cause of the accident. Concur—Friedman, J.P., Moskowitz, Feinman, Gische and Kahn, JJ.